RECEIVED

JUN 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

JUN 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>MAURICE SMOTHERS<br><br>Respondent. | Case No.:<br><br>CV- 07 - 80171 -MISC.<br><br>ORDER TO SHOW CAUSE<br>[PROPOSED] |

The National Labor Relations Board (herein called the Board), by its General Counsel, and by William A. Baudler, Regional Attorney for Region 32, has applied for an order directing Maurice Smothers (herein called Respondent) to obey certain a subpoena *ad testificandum*. Having shown good cause,

IT IS ORDERED that Respondent appear before this Court Magistrate Judge Wayne D Brazil of at the United States Court House in Oakland, California on the 1 day of August, 2007 at 1:30 p.m. or as soon thereafter as Counsel can be heard, and then and there show cause why, if any there be, an order should not issue directing Maurice Smothers to appear before a Board Agent at such time and place as the Board Agent may designate, and there testify and answer, through sworn affidavit or deposition, any and all questions relevant and material to the matters under investigation and in question in the proceedings before the Board in Case 32-CA-23015 as required by subpoena *ad testificandum* No. A-740583; and

IT IS FURTHER ORDERED that Respondents file an answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay

1  Street, Oakland, California, 94612 on or before the ___5th___ day of ___July___, 2007.
2  Applicant's reply, if any, is due on or before the ___9th___ day of ___July___, 2007; and

IT IS FURTHER ORDERED that service of copies of this Order and the Application upon which it is issued be made without delay upon Respondent, in any manner provided in the Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the National Labor Relations Board, or an individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

DONE AT Oakland, California this ___29th___ day of ___June___, 2007.

_____
UNITED STATES DISTRICT JUDGE