1  WILLIAM A. BAUDLER
   GEORGE VELASTEGUI (California Bar No. 107847)
2  MICHELLE M. SMITH (California Bar No. 191672)
   National Labor Relations Board, Region 32
3  1301 Clay St., Suite 300N
   Oakland, CA 94612-5224
4  Phone: 510-637-3291
   Fax: 510-637-3315
5  E-mail: Michelle.Smith@nlrb.gov

6  Attorneys for the Applicant

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>MAURICE SMOTHERS<br><br>Respondent. | Case No.: CV-07-80171 MISC. CW<br><br>PROOF OF SERVICE |

        I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and an employee of the National Labor Relations Board at 1301 Clay Street, Suite 300N, Oakland, CA 94612.

        On June 29, 2007, at approximately 12:25 p.m., I served upon the Respondent copies of the Application For Order Requiring Obedience To Subpoena *Ad Testificandum*, Order (Proposed) and Order to Show Cause (Proposed) by personally handing a true and correct copy of each document in a sealed envelope to Respondent Maurice Smothers at his office located at U-Haul of California/U-Haul International, 44511 Grimmer Blvd., Fremont, CA 94538.

On June 29, 2007, I also served Respondent a copy of this Proof of Service by placing a true and correct copy in a sealed envelope addressed to Maurice Smothers, Shop Manager, U-Haul of California/U-Haul International, 44511 Grimmer Blvd., Fremont, CA 94538, and caused the envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California.

On June 29, 2007, I also served the attorneys for Respondent in this action copies of the Application For Order Requiring Obedience To Subpoena *Ad Testificandum*, Order (Proposed), Order to Show Cause (Proposed), and this Proof of Service by placing true and correct copies of each document in a sealed envelope, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California addressed to the following:

<u>U-Haul of California:</u>
Gregg Tucek, Esq.
Sherman & Howard LLC
1850 N. Central Avenue, Suite 500
Phoenix, AZ 85004

<u>U-Haul International:</u>
Cynthia Beauchamp
Assistant General Counsel
U-Haul International Legal Dept.
2727 N. Central Avenue
Phoenix, AZ 85022

I am readily familiar with the practice of the National labor Relations Board, Region 32 for collection and processing of correspondence of mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify under penalty of perjury that the above is true and correct.

EXECUTED AT Oakland, California, this 29th day of June, 2007.

Michelle M. Smith
National Labor Relations Board
Region 32