WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
MICHELLE M. SMITH (California Bar No. 191672)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3291
Fax: 510-637-3315
E-mail: Michelle.Smith@nlrb.gov

Attorneys for the Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>MAURICE SMOTHERS<br><br>Respondent. | Case No.: CV-07-80171 MISC. CW<br><br>PROOF OF SERVICE |

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and an employee of the National Labor Relations Board at 1301 Clay Street, Suite 300N, Oakland, CA 94612.

On July 3, 2007, at approximately 3:15 p.m., I served upon the Respondent a copy of the Order to Show Cause by personally handing a true and correct copy of said document in a sealed envelope to Respondent Maurice Smothers at his office located at U-Haul of California/U-Haul International, 44511 Grimmer Blvd., Fremont, CA 94538.

On July 3, 2007, at about 10 a.m., I advised, via telephone, Gregg Tucek, Esq., one of the attorneys for Respondent in this action, of the Court's Order to Show Cause and the briefing schedule. On July 3, 2007, I also served copies of the Order to Show Cause to attorneys for Respondent by faxing a true and correct copy of said document, of which I received a transmittal indicating the fax was received at approximately 11:19 a.m. on that same date, to the following:

| U-Haul of California: | U-Haul International: |
|---|---|
| Gregg Tucek, Esq. | Cynthia Beauchamp |
| Sherman & Howard LLC | U-Haul International, Inc. |
| FAX: 602-234-7979 | FAX: 602-277-5017 |

I certify under penalty of perjury that the above is true and correct.

EXECUTED AT Oakland, California, this 3rd day of July, 2007.

Michelle M. Smith
National Labor Relations Board
Region 32