# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>                    Applicant,<br><br>          v.<br><br>MAURICE SMOTHERS<br><br>                    Respondent. | Case No.: CV-07-80171 – MISC.<br><br><br>STIPULATION TO CONTINUE HEARING |

Applicant, National Labor Relations Board (the Board), and Respondent, Maurice Smothers, all parties to the above-entitled proceeding, hereby stipulate that the hearing set to be heard before Magistrate Judge Wayne D. Brazil on August 1, 2007 at 1:30 p.m. on an Order to Show Cause issued on June 29, 2007, be continued to August 29, 2007 at 3 p.m.

Respondent has not filed an answer or opposed Petitioner's Application for an order requiring Respondent to appear before the Board.  In an attempt to resolve these matters, Respondent has advised Petitioner that he will now comply with Petitioner's subpoena ad testificandum, and has scheduled to provide testimony to the Board on August 31, 2007. Immediately following that testimony, the parties will advise the Court as to whether the hearing on August 29, 2007 will be necessary.

It so stipulated.

_____          DATED: ___7/20/07_____

Michelle M. Smith
ATTORNEY FOR APPLICANT

_____          DATED: __7/20/07_____

Gregg J. Tucek
ATTORNEY FOR RESPONDENT


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____          _____

Wayne D. Brazil
United States Magistrate Judge