1   WILLIAM A. BAUDLER
    GEORGE VELASTEGUI (California Bar No. 107847)
2   MICHELLE M. SMITH (California Bar No. 191672)
    National Labor Relations Board, Region 32
3   1301 Clay St., Suite 300N
    Oakland, CA 94612-5224
4   Phone: 510-637-3291
    Fax: 510-637-3315
5   E-mail: Michelle.Smith@nlrb.gov

6   Attorneys for the Applicant

7

8                      UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          Case No.: CV-07-80171 MISC. CW

11  NATIONAL LABOR RELATIONS BOARD

12          Applicant,                      PROOF OF SERVICE OF STIPULATION
                                            TO CONTINUE HEARING
13      v.

14  MAURICE SMOTHERS

15

16          Respondent.

17

18          I am a citizen of the United States and a resident of the State of California.  I am

19  over the age of eighteen years and an employee of the National Labor Relations Board at 1301

20  Clay Street, Suite 300N, Oakland, CA  94612.

21          On July 20, 2007, at approximately 11:30 a.m., I served upon the Respondent a copy of

22  the Stipulation to Continue Hearing by causing a copy to be placed in the U.S. mailed in a sealed

23  envelope addressed to Maurice Smothers, Shop Manager, U-Haul of California/U-Haul

24  International, 44511 Grimmer Blvd., Fremont, CA 94538.  Respondent's attorney Gregg Tucek

25  advised in an e-mail on July 20, 2007 that Respondent waived any requirements, if any there be,

1 | that Respondent be personally served and agreed that service upon Respondent could be affected

2 | by sending the Stipulation by regular U.S. mail.

3 | On July 20, 2007, at about 11:30 a.m., I served copies of the Stipulation and proof of

4 | service to attorneys for Respondent by mailing a true and correct copy of said document via fax

5 | to the following:

6 |

7 | U-Haul of California:          U-Haul International:
Gregg Tucek, Esq.              Cynthia Beauchamp
Sherman & Howard LLC           U-Haul International, Inc.

8 | FAX: 602-234-7979             FAX: 602-277-5017

9 | I certify under penalty of perjury that the above is true and correct.

10 | EXECUTED AT Oakland, California, this 20th day of July, 2007.

11 |

12 |

13 | Michelle M. Smith
National Labor Relations Board

14 | Region 32

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

PROOF OF SERVICE
Page 2