UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>MAURICE SMOTHERS<br><br>Respondent. | Case No.: CV-07-80171 – MISC.<br><br>STIPULATION TO CONTINUE HEARING |

Applicant, National Labor Relations Board (the Board), and Respondent, Maurice Smothers, all parties to the above-entitled proceeding, hereby stipulate that the hearing set to be heard before Magistrate Judge Wayne D. Brazil on August 1, 2007 at 1:30 p.m. on an Order to Show Cause issued on June 29, 2007, be continued to August 29, 2007 at 3 p.m.

Respondent has not filed an answer or opposed Petitioner's Application for an order requiring Respondent to appear before the Board. In an attempt to resolve these matters, Respondent has advised Petitioner that he will now comply with Petitioner's subpoena ad testificandum, and has scheduled to provide testimony to the Board on ~~August~~ July 31, 2007. Immediately following that testimony, the parties will advise the Court as to whether the hearing on August 29, 2007 will be necessary.

It so stipulated.

_____    DATED: 7/20/07
Michelle M. Smith
ATTORNEY FOR APPLICANT

_____    DATED: 7/20/07
Gregg J. Tucek
ATTORNEY FOR RESPONDENT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/20/2007                    _____
                                    Wayne D. Brazil
                                    United States Magistrate Judge