WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
MICHELLE M. SMITH (California Bar No. 191672)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3291
Fax: 510-637-3315
E-mail: Michelle.Smith@nlrb.gov

Attorneys for the Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>MAURICE SMOTHERS<br><br>Respondent. | Case No.: CV-07-80171 MISC. CW<br><br>PROOF OF SERVICE OF STIPULATION AND ORDER TO CONTINUE HEARING |

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and an employee of the National Labor Relations Board at 1301 Clay Street, Suite 300N, Oakland, CA 94612.

On July 20, 2007, at approximately 4:15 p.m., I served upon the Respondent a copy of the Stipulation And Order to Continue Hearing by causing a copy to be placed in the U.S. mailed in a sealed envelope addressed to Maurice Smothers, Shop Manager, U-Haul of California/U-Haul International, 44511 Grimmer Blvd., Fremont, CA 94538. Respondent's attorney Gregg Tucek advised in an e-mail on July 20, 2007 that Respondent waived any requirements, if any

there be, that Respondent be personally served and agreed that service upon Respondent could be affected by sending the Stipulation by regular U.S. mail.

On July 20, 2007, at about 4:15 p.m., I served copies of the Stipulation and Order to Continue Hearing, and the Proof of Service thereof to attorneys for Respondent by mailing a true and correct copy of said document via fax to the following:

U-Haul of California:
Gregg Tucek, Esq.
Sherman & Howard LLC
FAX: 602-234-7979

U-Haul International:
Cynthia Beauchamp
U-Haul International, Inc.
FAX: 602-277-5017

I certify under penalty of perjury that the above is true and correct.

EXECUTED AT Oakland, California, this 20th day of July, 2007.

Michelle M. Smith
National Labor Relations Board
Region 32