WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
MICHELLE M. SMITH (California Bar No. 191672)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3291
Fax: 510-637-3315
E-mail: Michelle.Smith@nlrb.gov

Attorneys for the Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>MAURICE SMOTHERS<br><br>Respondent. | Case No.: CV-07-80171 MISC. CW<br><br>PROOF OF SERVICE OF APPLICANT'S REPLY |

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and an employee of the National Labor Relations Board at 1301 Clay Street, Suite 300N, Oakland, CA 94612.

On July 20, 2007, at approximately 11 a.m., I served upon the Respondent and his attorneys a copy of Applicant's Reply and Proof of Service thereof by causing copies to be placed in the U.S. mail in sealed envelopes addressed as follows:

1  Maurice Smothers, Shop Manager
   U-Haul of California/U-Haul International
2  44511 Grimmer Blvd.
   Fremont, CA 94538.
3

4  Gregg J. Tucek, Esq.
   Sherman & Howard LLC
5  1850 N. Central Avenue, Suite 500
   Phoenix, AZ 85004
6

7  Cynthia L. Beauchamp
   U-Haul International, Inc.
   Legal Department
8  3737 North Central Avenue
   Phoenix, AZ 85004
9

10

11  I certify under penalty of perjury that the above is true and correct.

12  EXECUTED AT Oakland, California, this 8th day of August, 2007.

13

14  _____
    Michelle M. Smith
15  National Labor Relations Board
    Region 32

16

17

18

19

20

21

22

23

24

25