WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
MICHELLE M. SMITH (California Bar No. 191672)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3291
Fax: 510-637-3315
E-mail: Michelle.Smith@nlrb.gov

Attorneys for the Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>MAURICE SMOTHERS<br><br>Respondent. | Case No.: CV-07-80171 MISC.<br>Magistrate Judge Wayne D. Brazil<br><br>PROOF OF SERVICE OF APPLICANT'S REPLY<br>(corrected) |

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and an employee of the National Labor Relations Board at 1301 Clay Street, Suite 300N, Oakland, CA 94612.

On August 22, 2007, at approximately 11 a.m., I served upon Respondent's attorney Cynthia L. Beauchamp a copy of Applicant's Reply by causing a copy of said document to be placed in the U.S. mail in a sealed envelope addressed as follows:

Cynthia L. Beauchamp
U-Haul International, Inc.
Legal Department
2727 North Central Avenue
Phoenix, AZ  85004

The above service was made to remedy prior service that I sent to Ms. Beauchamp at an incorrect address on July 20, 2007.  That service was inadvertently addressed to 3737 North Central Avenue as opposed to 2727 North Central Avenue.

I certify under penalty of perjury that the above is true and correct.

EXECUTED AT Oakland, California, this 22nd day of August, 2007.

Michelle M. Smith
National Labor Relations Board
Region 32