1 | WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
2 | MICHELLE M. SMITH (California Bar No. 191672)
National Labor Relations Board, Region 32
3 | 1301 Clay St., Suite 300N
Oakland, CA 94612-5224
4 | Phone: 510-637-3291
Fax: 510-637-3315
5 | E-mail: Michelle.Smith@nlrb.gov

6 | Attorneys for the Applicant

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 

12 | NATIONAL LABOR RELATIONS BOARD

13 | Applicant,

14 | v.

15 | MAURICE SMOTHERS

16

17 | Respondent.

Case No.: CV-07-80171 MISC.
Magistrate Wayne D. Brazil

PROOF OF SERVICE OF
NOTICE OF DISMISSAL

18

19 | I am a citizen of the United States and a resident of the State of California. I am

20 | over the age of eighteen years and an employee of the National Labor Relations Board at 1301

21 | Clay Street, Suite 300N, Oakland, CA 94612.

22 | On August 28, 2007, at approximately 10:30 a.m., I served upon the Respondent and his

23 | attorneys a copy of the Notice of Dismissal by causing copies to be placed in the U.S. mail in

24 | sealed envelopes addressed as follows:

25

1 | Maurice Smothers, Shop Manager
2 | U-Haul of California/U-Haul International
    44511 Grimmer Blvd.
3 | Fremont, CA 94538.

4 | Gregg J. Tucek, Esq.
    Sherman & Howard LLC
5 | 1850 N. Central Avenue, Suite 500
    Phoenix, AZ  85004
6

7 | Cynthia L. Beauchamp
    U-Haul International, Inc.
    Legal Department
8 | 2727 North Central Avenue
    Phoenix, AZ  85004
9

10

11 | I certify under penalty of perjury that the above is true and correct.

12 |     EXECUTED AT Oakland, California, this 28th day of August, 2007.

13

14 | /s/ Michelle M. Smith

15 | Michelle M. Smith
    National Labor Relations Board
    Region 32